| | |
|---|---|
| *Attorney or Party without Attorney:*<br>NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA  71309<br>*Telephone No:* 318-487-9874    *FAX No:* 318-561-2591 | *For Court Use Only* |

*Attorney for:* Plaintiff | *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* ANITA ARMSTRONG, et al.

*Defendant:* PFIZER, INC., et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1747 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:*  PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   b. *Person served:*  MARGARIT WILSON-PROCESS SPECIALIST

4. *Address where the party was served:*  818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 24, 2008 (2) at: 2:30PM

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   *on behalf of:*  PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                    d. ***The Fee** for Service was:*    $75.00
   b. **COUNTRYWIDE PROCESS, LLC**        e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112            (i)    Independent Contractor
      VALLEY VILLAGE, CA 91607                 (ii)   *Registration No.:*    3929
   c. (818) 980-7378, FAX (818) 980-5358        (iii)  *County:*            Los Angeles
                                                (iv)   *Expiration Date:*   Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Apr. 25, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS & COMPLAINT**

(BENON DEMIRCHYAN)

*200865318.nebars.66243*