| Attorney or Party without Attorney:<br>NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>Telephone No: 318-487-9874        FAX No: 318-561-2591 | For Court Use Only |
|---|---|

Attorney for: Plaintiff

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: ANITA ARMSTRONG, et al.

Defendant: PFIZER, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1747 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:  PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT

4. Address where the party was served:  818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. BENON DEMIRCHYAN
   b. **COUNTRYWIDE PROCESS, LLC**
   5437 LAUREL CANYON BLVD. #112
   VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:    $75.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    3929
      (iii) County:    Los Angeles
      (iv) Expiration Date:    Sat, Jun. 07, 2008

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Wed, Apr. 16, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(BENON DEMIRCHYAN)
200864628.nebars.65540