1  Justin G. Witkin
   Aylstock, Witkin, Kreis & Overholtz, PLLC
2  55 Baybridge Drive,
   Gulf Breeze, FL 32561
3  (850) 916-7450 Phone
   (850) 932-0280 Fax
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Anita D. Armstrong, Katherine J. Arthur, individually and on behalf of her deceased husband, Joe Arthur, Jullaine Boudreaux, individually and on behalf of her deceased husband, Kenneth J. Boudreaux, Elizabeth Cary, individually and on behalf of her deceased mother, Lupe Charrier, Theresa M. Comeaux, Thelma Dauzat, Carol Jean Dykes, Duffy M. Francois, Linda T. Friday, Virginia Gaspard, Barbara Gerami, Clarence McVan, Roosevelt Strong, Ora Ann Thomas, Clara Tillotson, Tammy Venable, Anna Victorian, Curley F. Victorian, William O. Toombs v. Pfizer Inc., Pharmacia Corporation, and G.D. Searle,<br><br>Linda Friday<br>08-1747 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994.1

DATED: December 30, 2009     By: [signature]

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax

*Attorneys for Plaintiffs*

DATED: Jan. 26, 2010     By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010     [signature]

Hon. Charles R. Breyer
United States District Court

-2-